**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

M OU

              Plaintiff,

v.                 Case No.:
                 1:25–cv–13203
                 Honorable John F.
                 Kness

The Partnerships and Unincorporated Associations
Identified in Schedule A

              Defendant.

 

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 25, 2025:

   MINUTE entry before the Honorable John F. Kness: In–person status hearing held on 11/25/2025. Plaintiff is directed to file a statement on the docket to show cause why this case should not be dismissed based on the appearance of forum shopping by Plaintiff. That statement must be filed on the docket on or before 12/16/2025. A continued in–person status hearing is set for 12/22/2025 at 9:30 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.